An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
MITCHELL WRIGHT, BAR NO. 5835.

No. 62168

FILED

SEP 30 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER APPROVING PUBLIC REPRIMAND

This is an automatic appeal from the Northern Nevada Disciplinary Board hearing panel's recommendation that attorney Mitchell Wright be publicly reprimanded and assessed the costs of the disciplinary proceedings, based on its conclusion that Wright violated Rules of Professional Conduct (RPC) 8.1(b) (bar admission and disciplinary matters). *See* SCR 105(3)(b).

After reviewing the record, we conclude that clear and convincing evidence supports the panel's findings. In particular, the record demonstrates Wright failed to respond to lawful demands for information directed to him on July 29, 2010, August 20, 2010, January 4, 2011, and January 31, 2011. For over fifteen months, Wright failed to respond to the State Bar regarding a grievance submitted by a member of the judiciary and responded only after the State Bar filed a complaint. We conclude that a public reprimand is appropriate in light of aggravating factors, including Wright's substantial experience in the practice of the law, and mitigating factors, including the lack of prior public discipline and personal or emotional problems.

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-32378

Accordingly, we approve the panel's recommendation in its entirety. We issue the public reprimand attached hereto as Exhibit A. Wright shall pay the costs of the disciplinary proceedings. SCR 120(1).

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                            Hardesty

_____, J.          _____, J.
Parraguirre                          Cherry

DOUGLAS, J., dissenting:

I am not convinced that a public reprimand is sufficient discipline in this case. I therefore dissent.

_____, J.
Douglas

SAITTA, J., dissenting:

After considering the record, I would impose a six-month suspension. I therefore dissent.

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

cc:    Lemons, Grundy & Eisenberg
Mitchell Wright
Patrick O. King, Assistant Bar Counsel
J. Thomas Susich, Chair, Northern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court

## EXHIBIT A

### CASE NO. N10-0286

STATE BAR OF NEVADA, COMPLAINANT
VS.
MITCHELL C. WRIGHT, ESQ., RESPONDENT

## PUBLIC REPRIMAND

TO:    MITCHELL C. WRIGHT

On July 16, 2010, the Honorable Bridget Robb Peck submitted a written grievance to the State Bar of Nevada. The grievance states that based on information supplied to Judge Peck, she believed you had violated Nevada Rule of Professional Conduct 4.1, 8.4(c) and 8.4(d). The basis of the grievance was your careless and negligent act of bringing a concealed handgun into the Mills B. Lane Justice Center located at One South Sierra Street, in Reno, Nevada in violation of Court Procedures.

On July 29, 2010, the Office of Bar Counsel opened a grievance file in this matter and sent a copy of Judge Peck's grievance to you for response. A follow-up letter from the State Bar Counsel was sent to you by certified mail on August 20, 2010. The State Bar Counsel contacted you again on January 4, 2011, and January 31, 2011. You did not submit a response to these repeated requests of the State Bar Counsel for information, and on October 18, 2011, the State Bar had to file a complaint in an effort to get your attention to the grievance from a member of the Nevada judiciary. You do not contest that you engaged in this tumultuous and improper conduct in violation of Rule 8.1(b) of the Nevada Rules of Professional Conduct, which states "[a] lawyer . . . in connection with a disciplinary matter, shall not . . . knowingly fail to respond to a lawful demand for information from [a] disciplinary authority . . .. NEV. R. PROF. CONDUCT 8.1(b).

Based on the forgoing, you are hereby Publicly Reprimanded for violation of Rule 8.1(b) of the Nevada Rules of Professional Conduct. Your conduct is injurious to the legal profession and the public confidence in the regulation of the practice of law. Considering the clear and convincing evidence presented at your Formal Hearing on September 18, 2012, the Formal Hearing Panel of the Northern Nevada Disciplinary Board cautions you avoid reoccurrence of the demonstrated failure to adhere to the rules that govern your continued practice of law.

Entered by Northern Nevada Disciplinary Panel this 18th day of October, 2012.

1